Pablo M. Rivera-05914-122

Federal Medical Center, Devens Ma

PO Box 879

Ayer MA, 01432

United States District Court

John Joseph Moakley Courthouse

1 Courthouse Way

Boston Ma, 02210

April 13, 2020

Dear Clerk:

I have enclosed an emergency petition for relief, because I am in imminent danger of contracting the COVID-19 virus.

The living conditions at the Federal Medical Center, Devens Ma, is conducive to the spread of COVID-19. I hope that you can expedite the review of my motion and rule on the pleadings.

Respectfully

Pablo M. Rivera

Federal Medical Center, Devens MA

PO Box 879

Ayer MA, 01432

April 13, 2020